0058-1L-EPICXX-00779945-1282174

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RONALD GEORGE FRANCIS, JR

CASE NUMBER 24-80858
CLAIM NUMBER 003

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 1007

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

AMOUNT: 27,318.60
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

0058-1L-EPICXX-00779947-1282176

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** RONALD GEORGE FRANCIS, JR

CASE NUMBER 24-80858
CLAIM NUMBER 024

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 5481

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE SUITE 100
BOCA RATON, FL 33487

AMOUNT: 18,583.99
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE SUITE 100
BOCA RATON, FL 33487

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RONALD GEORGE FRANCIS, JR

DEBTOR(S)

CASE NUMBER 24-80858
CLAIM NUMBER 017A
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 2275

FIFTH THIRD MORTGAGE COMPANY
ATTN BANKRUPTCY DEPT, MD#1MOBBW
5001 KINGSLEY DRIVE
CINCINNATI, OH 45227

AMOUNT: 756.13
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

FIFTH THIRD MORTGAGE COMPANY
ATTN BANKRUPTCY DEPT, MD#1MOBBW
5001 KINGSLEY DRIVE
CINCINNATI, OH 45227

0058-1L-EPICXX-00779935-1282164

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RONALD GEORGE FRANCIS, JR

CASE NUMBER 24-80858
CLAIM NUMBER 053

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 1006

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

AMOUNT: 3,540.09
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

0058-1L-EPICXX-00779937-1282166

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RONALD GEORGE FRANCIS, JR

CASE NUMBER 24-80858
CLAIM NUMBER 054

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 2005

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

AMOUNT: 1,732.19

Classified as: Unsecured

    **INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

    NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

    *A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

    s/ Erin M. McCartney
    Erin M. McCartney

AMERICAN EXPRESS NATIONAL BANK
C/O ZWICKER & ASSOCIATES, PC
PO BOX 9043
ANDOVER, MA 01810-1041

0058-1L-EPICXX-00779941-1282170

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  RONALD GEORGE FRANCIS, JR

CASE NUMBER  24-80858
CLAIM NUMBER  045

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304  or by fax at: 402.530.1879

Account No.:  2434

US BANK NA
BANKRUPTCY DEPARTMENT
PO BOX 108
ST LOUIS, MO 63166-0108

AMOUNT:  4,612.61

Classified as:  Unsecured

    **INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

    NOTICE CONCERNING STALE CLAIMS:  All claims filed for payment are subject to the  claims resolution process, including objection.

    *A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

    s/ Erin M. McCartney
    Erin M. McCartney

US BANK NA
BANKRUPTCY DEPARTMENT
PO BOX 108
ST LOUIS, MO 63166-0108

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RONALD GEORGE FRANCIS, JR

CASE NUMBER 24-80858
CLAIM NUMBER 017

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 2275

FIFTH THIRD MORTGAGE COMPANY
ATTN BANKRUPTCY DEPT, MD#1MOBBW
5001 KINGSLEY DRIVE
CINCINNATI, OH 45227

AMOUNT: 221,210.58
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

NOTICE CONCERNING STALE CLAIMS: All claims filed for payment are subject to the claims resolution process, including objection.

*A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157 and 3571.*

DATED: 11/27/2024

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Erin M. McCartney
Erin M. McCartney

FIFTH THIRD MORTGAGE COMPANY
ATTN BANKRUPTCY DEPT, MD#1MOBBW
5001 KINGSLEY DRIVE
CINCINNATI, OH 45227